■ In the Matter of GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent, v ANA CRISTINA TUZZO et al., Respondents, and HEREFORD INSURANCE COMPANY et al., Appellants. [942 NYS2d 599]—In a proceeding pursuant to CPLR article 75 to permanently stay arbitration of an uninsured motorist claim, Hereford Insurance Company and Manuel Santana separately appeal from a judgment of the Supreme Court, Nassau County (Sher, J.), entered March 25, 2011, which, after a framed-issue hearing, granted the petition and permanently stayed arbitration.

Ordered that the judgment is affirmed, with one bill of costs.

Where, as here, a case is determined after a hearing held before a Justice of the Supreme Court, this Court's power to review the evidence is as broad as that of the Supreme Court, taking into account in a close case the fact that the Supreme

Court had the advantage of seeing the witnesses (*see Northern Westchester Professional Park Assoc. v Town of Bedford,* 60 NY2d 492, 499 [1983]; *Matter of Government Empls. Ins. Co. v Albino,* 91 AD3d 870, 871 [2012]; *Matter of Allstate Ins. Co. v Tae Hong Ji,* 81 AD3d 940, 940 [2011]). We decline to disturb the Supreme Court's determination, made after a framed-issue hearing, that there was no physical contact between the insured vehicle and an alleged hit-and-run vehicle (*see Matter of Government Empls. Ins. Co. v Albino,* 91 AD3d at 871; *Matter of Allstate Ins. Co. v Tae Hong Ji,* 81 AD3d at 940; *Matter of Government Empls. Ins. Co. v Steinmetz,* 51 AD3d 1022 [2008]). Accordingly, the Supreme Court properly granted the petition and permanently stayed arbitration. Florio, J.P., Lott, Sgroi and Miller, JJ., concur.